UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division

In re   George B. Boyd

* xxx-xx-9891

xxx-xx-

Debtor(s)

Case No.   11-32353-DOT

Chapter   13

[If Applicable]  Applies only to:

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of creditors has been rescheduled to June 9, 2011 at 10:00 am                    , and will be held at the Office of the United States Trustee at 701 E. Broad St., Suite 4300, Richmond, VA  23219                                                                    .

*[Chapter 13 Case Only]* **NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 3015-2(E), objections to confirmation of the Chapter 13 Plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing.  If no objections are timely filed, there will be no confirmation hearing.  Timely filed objections will be heard at the confirmation hearing which has been rescheduled for _____ at _____ o'clock  A.M.   at _____.

Except for the dates and times set forth above, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

*[If appropriate]* **NOTICE IS FURTHER GIVEN** that, _____, has been appointed Substitute Interim Trustee of the estate of the above-named debtor(s) by the United States Trustee.

NOTICE GIVEN BY

Date: May 26, 2011                              /s/ Robert H. Smallenberg_____
                                                Counsel for Debtor(s) *[or pro se Debtor(s)]*
                                                Address:  10035 Sliding Hill Road, Ste 204
                                                          Ashland, Virginia 23005

                                                State Bar Number:   VA 35848
                                                Telephone Number:  (804) 368-7612

PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses.  *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties served.  If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.]*

Date: May 26, 2011                              /s/ Robert H. Smallenberg_____
                                                Counsel for Debtor(s)*[or pro se Debtor(s)]*

*Include last four digits of Soc. Sec. No./Complete EIN or other Taxpayer I.D. No.          (nrsch341 ver. 05/11)

Commonwealth Primary Care
1800 Glenside Drive
Suite 105
Richmond, VA 23226

Connects Federal Credit Union
Attn: Bankruptcy Dept.
7700 Shrader Road
Richmond, VA 23228

Connects Federal Credit Union
Attn: Bankruptcy Dept
7700 Shrader Road
Henrico, VA 23228

Edward S. Whitlock, III
Lafayette, Ayers & Whitlock
10160 Staples Mill Road, #105
Glen Allen, VA 23060

Glasgow Medical Center
2600 Glasgow Avenue
Suite 204
Newark, DE 19702

Henrico County GDC
4301 East Parham Road
P.O. Box 90775
Henrico, VA 23273

Hsbc Bank
Attn: Bankruptcy Dept
P.O. Box 5213
Carol Stream, IL 60197

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Mortgage Service Center
Attn: Bankruptcy Dept.
2001 Bishops Gate Boulevard
Mt Laurel, NJ 08054

Office Of the US Trustee
701 East Broad Street
Richmond, VA 23219

Paola Boyd
11000 Scattered Flock Court
Glen Allen, VA 23059

PHH Mortgage Service Center
Attn: Bankruptcy Department
P.O. Box 5452
Mount Laurel, NJ 08054

Portfolio Recovery Associates
Attn: Bankruptcy Department
P.O. Box 41067
Norfolk, VA 23541

Verizon Virginia, Inc.
500 Technology Drive
Saint Charles, MO 63304